UNITED STATES DISTRICT COURT
SOUNTERN DISTRICT OF NEW YORK

------------------------------------------------------------X
SHAMYA MOHAMED HAMOOD ALSHAMI,

                       Plaintiff,

          -against-

MICHAEL RICHARD POMPEO,

                       Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/2/2019

19 Civ. 8452 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, the initial pretrial conference is scheduled for December 3, 2019;

WHEREAS, the parties state in their proposed case management plan (Dkt. No. 15-1) that they "consent to conducting all further proceedings before a United States Magistrate Judge." It is hereby

**ORDERED** that, in light of the parties' consent to proceed before Judge Aaron, the December 3, 2019, 10:30 a.m. conference is CANCELED. The parties shall file a Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, signed by both parties, by **December 9, 2019**, available at https://www.uscourts.gov/sites/default/files/ao085.pdf.

Dated: December 2, 2019
       New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**