**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___1/28/2020___

**Shamya Mohamed Hamood Alshami,**

**Plaintiff,**

**-against-**

**Michael Richard Pompeo,**

**Defendant.**

**1:19-cv-08452 (SDA)**

**ORDER**

**STEWART D. AARON, United States Magistrate Judge:**

The parties shall submit a joint letter regarding the status of discovery on Friday,

February 14, 2020.

**SO ORDERED.**

DATED:         New York, New York
               January 28, 2020

_____
STEWART D. AARON
United States Magistrate Judge